881 A.2d 700

IN THE MATTER OF ALEXANDER B. DRANOV, AN ATTORNEY AT LAW (ATTORNEY NO. 011951986).

August 19, 2005.

## O R D E R

This matter having been duly presented to the Court, it is ORDERED that **ALEXANDER B. DRANOV** of **FORT LEE**, who was admitted to the bar of this State in 1986, and who has been suspended from the practice of law since May 22, 2004, pursuant to Orders of the Court filed April 26, 2004, and May 12, 2005, be restored to the practice of law, effective immediately.